George Christian, appellee, v. Peter Smirinotis, appellant. Gen. No. 39,093.

Opinion filed June 8, 1937. Rehearing denied June 23, 1937.

James F. Lyons, for appellant; Elwyn E. Long, of counsel. Walter B. Prendergast, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Howard Fox, appellee, v. Maurice H. Bent et al., trading as Eastman, Dillon & Co., appellants. Gen. No. 39,156.

Opinion filed June 8, 1937.

Winston, Strawn & Shaw, for appellants; Harold A. Smith, Anthony L. Michel, George B. Christensen and Gerard E. Grashorn, of counsel. D'Ancona, Pflaum & Kohlsaat, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Esther Levy, appellee, v. Abraham L. Feldman et al., defendants. William Feldman, appellant. Gen. No. 39,208.

Opinion filed June 8, 1937. Rehearing denied June 23, 1937.

William Feldman, *pro se;* Irving Goodman, of counsel. Babcock, Gilruth, Beck & McConnell, for appellee; Alfred Beck and Milton S. Applebaum, of counsel.

Mr. Justice Friend delivered the opinion of the court.